UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO:3:02CR249(AWT) |
| JAMIE MILLS | : | |
| | : | March 15, 2008 |

MOTION FOR RE-APPOINTMENT
NUNC PRO TUNC TO MARCH 3, 2008

Attorney Gerald Harmon who was the previous CJA counsel for the Mr. Jamie Mills hereby requests re-appointment in this matter nunc pro tunc to January 2, 2008 to represent the defendant in his Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. 3582 ( c ) (2).

Respectfully submitted,

Gerald L. Harmon (ct 13523)
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

CERTIFICATION

I hereby certify that copies of the foregoing Request for Re-Appointment Nunc Pro Tunc were mailed to the following parties of record on March 15, 2008 as follows:

Attorney Gordon Hall
Assistant United States Attorney
141 Church Street
New Haven, CT 06510

District Court of Connecticut
Criminal Clerk's Office
450 Main Street
Hartford, CT 06103

Gerald L. Harmon, Esq.